**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ROSS E. TERRIAN,**<br><br>**Defendant.** | **PO 26-05021- KLD**<br><br>**ORDER**<br><br>**Violation No.: FBJD005R**<br>**Location Code: M4B** |

Before the Court is the motion of the United States to set collateral and vacate the initial appearance in this matter. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $180.00 for Violation No. FBJD005R within thirty (30) days of entry of this order.

IT IS FURTHER ORDERED that the initial appearance set for September 3, 2026 is VACATED.

Payments may be made via U.S. Mail to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Or, payments may be made online at:

https://www.cvb.uscourts.gov/

DATED this 2nd day of September, 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge